_____

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CASE NO. 16-2016-ee

KIESHA YATES OSBORN                                                 Chapter 7

DEBTOR

## ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CAUSE having come on to be heard on the Creditors' ***Motion for Relief from Automatic Stay* [Dkt #55]** filed herein by B&K STORAGE SOLUTIONS, LLC D/B/A CAROLINE STORAGE SOLUTIONS, CAROLINE STORAGE SOLUTIONS, LLC, in its own capacity and as member of B&K STORAGE SOLUTIONS, LLC, BRANDON OSBORNE, individually and in his capacity as OWNER and MEMBER of B&K STORAGE SOLUTIONS, the Court having heard and considered the same and being advised that Creditors wish to withdraw the Motion is of the opinion that this Order should be entered reflecting the withdrawal of the Motion.

ORDERED, that the Motion should be, and hereby is withdrawn.

###END OF ORDER###

**SUBMITTED BY:**

*/S/ Clyde X. Copeland, III*
Clyde X. Copeland, III (MSB# 10322)
JERNIGAN COPELAND & ANDERSON, PLLC
P.O. Box 2598
Ridgeland, Mississippi 39158-2598
Office: (601) 427-0048
Fax:    (601) 427-0051
ccopeland@jcalawfirm.com