# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                          CHAPTER 7

KIESHA YATES OSBORN                                                               CASE NO. 16-02016-EE

### OBJECTION TO TRUSTEE'S MOTION TO APPROVE
### COMPROMISE AND SETTLEMENT - BRANDON OSBORN

**COMES NOW,** Kiesha Yates Osborn ("Debtor"), by and through her attorney, and files this her Objection to the Trustee's Motion to Approve Compromise and Settlement - Brandon Osborn ("Motion") [Dkt. #170], and would show unto the Court as follows, to-wit:

1. That upon information and belief, the appraisal prepared for the Trustee is not complete and does not adequately assess the value of the property.

2. That Kiesha Osborn is prepared to have a separate appraisal conducted of the property for the Court's consideration.

3. That in the event Kiesha Osborn's appraisal shows that there is more equity in the property than the Trustee's appraisal does, the Court should select a realtor to market the property for six (6) months to realize the equity in said property for the benefit of the estate.

**WHEREFORE, PREMISES CONSIDERED,** Kiesha Yates Osborn respectfully requests that this Court enter an Order:

- Allowing Kiesha Osborn to have said property appraised;

- Appointing a Realtor to market the property for six (6) months; and

- For such other relief as is deemed just.

**THIS,** the   14th   day of   November  , 2017.

        Respectfully submitted,

        KIESHA YATES OSBORN

    BY:    /s/ Eileen N. Shaffer
           EILEEN N. SHAFFER
           Her Attorney

EILEEN N. SHAFFER MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph:  (601) 969-3006
E-Mail: eshaffer@eshaffer-law.com

**CERTIFICATE OF SERVICE**

    I, Eileen N. Shaffer, attorney for Kiesha Yates Osborn, do hereby certify that I have this date mailed by United States Mail, postage prepaid, or electronically transmitted , a true and correct copy of the above and foregoing  *Objection to Trustee's Motion to Approve Compromise and Settlement - Brandon Osborn* to the following on the day and year hereinafter set forth:

    Derek A. Henderson, Esq.
    Attorney for Trustee
    derek@derekhendersonlaw.com

    Roy H. Liddell
    Kevin A. Rogers
    royliddell@wellsmar.com
    krogers@wellsmar.com

    Steven H. Smith, Esq.
    4316 Old Canton Rd., Suite 200
    Jackson, MS 39211
    ssmith@shsattorneys.com

    United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

    **SO CERTIFIED,** this the   14th   day of   November  , 2017.

                                      */s/ Eileen N. Shaffer*
                                      EILEEN N. SHAFFER