| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 608–4600 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**2ND FLOOR, SUITE 2.300**<br>**501 EAST COURT STREET** |

**Parties Noticed:**

KIESHA YATES OSBORN, DEBTOR

EILEEN N. SHAFFER, ESQ., ATTORNEY FOR THE DEBTOR

ROY H. LIDDELL, ESQ.

KEVIN A. ROGERS, ESQ.

OFFICE OF THE U.S. TRUSTEE

STEVEN H. SMITH, ESQ., 4316 OLD CANTON ROAD, SUITE 200, JACKSON, MS 39211 (NOTICE SENT BY REGULAR, U.S. MAIL)

DEREK A. HENDERSON, ESQ., CHAPTER 7 TRUSTEE AND ATTORNEY FOR THE TRUSTEE

**In re:**   Kiesha Yates Osborn

**Bankruptcy Case No.:**   16–02016–ee

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **(1) MOTION TO APPROVE COMPROMISE AND SETTLEMENT – BRANDON OSBORN FILED BY DEREK A. HENDERSON, ESQ., CHAPTER 7 TRUSTEE (DKT.#170) AND (2) OBJECTION TO TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT – BRANDON OSBORN FILED BY KIESHA YATES OSBORN (DKT.#181)** in regard to the above referenced case on **Tuesday, November 28, 2017** at **01:30 PM**, or as soon thereafter as counsel can be heard, in **the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.**

**Please notify your clients of this hearing.**

Dated: 11/15/17

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225–2448
601–608–4600

hn002ee