_____



SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: June 6, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **KIESHA YATES OSBORN** | **CASE NO. 1602016EE** |

### FINAL JUDGMENT ON THE *MOTION TO APPROVE COMPROMISE AND SETTLEMENT - BRANDON OSBORN*

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the *Motion to Approve Compromise and Settlement - Brandon Osborn* (Dkt. #170) filed Derek A. Henderson, Chapter 7 Trustee, is not well taken and is hereby denied.

### ## END OF JUDGMENT ##